| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284** <br> **Chapter 13 Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** |
| IN RE: <br>   MICHELLE B STEINER |

Order Filed on December 16, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  16-27322SLM

Hearing Date:  12/14/2016

Judge:  STACEY L. MEISEL

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: December 16, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   MICHELLE B STEINER

Case No.:  16-27322SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 12/14/2016 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must provide the Trustee with profit and loss and bank statements by 12/31/16 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that Debtor must file amended Schedules A, B, & J by 12/31/16 or the case will be dismissed without further notice or hearings to debtor and debtor's attorney; it is further
- ORDERED, that Debtor must file amended Voluntary Petition to add A/K/A by 12/31/16 or the case will be dismissed without further notice or hearings to debtor and debtor's attorney; it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 2/8/2017 at 9:00 a.m..