| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on December 16, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br>   MICHELLE B STEINER | Case No.:  16-27322SLM<br><br>Hearing Date:  12/14/2016<br><br>Judge:  STACEY L. MEISEL |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: December 16, 2016

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  MICHELLE B STEINER

Case No.:  16-27322SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 12/14/2016 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must provide the Trustee with profit and loss and bank statements by 12/31/16 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further
- ORDERED, that Debtor must file amended Schedules A, B, & J by 12/31/16 or the case will be dismissed without further notice or hearings to debtor and debtor's attorney; it is further
- ORDERED, that Debtor must file amended Voluntary Petition to add A/K/A by 12/31/16 or the case will be dismissed without further notice or hearings to debtor and debtor's attorney; it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 2/8/2017 at 9:00 a.m..

```
                         United States Bankruptcy Court
                              District of New Jersey
```

```
In re:                                                          Case No. 16-27322-SLM
Michelle B Steiner                                              Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1          Date Rcvd: Dec 16, 2016
                               Form ID: pdf903              Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db             +Michelle B Steiner,    19 Pine Terrace,    Demarest, NJ 07627-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Michelle B Steiner rbear611@aol.com,  lowlaw505@gmail.com
                                                                                               TOTAL: 3
```