# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Michelle B Steiner | Case No.: 16-27322-SLM<br>Hearing Date: 05/24/2017<br>Chapter: 13<br>Judge: Hon. Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable **Stacey L. Meisel**, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Certification in Opposition to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 3A
MLK Jr. Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Date and Time:** May 24, 2017 at 9:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: May 3, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on **May 3**, 20**17** this notice was served on the following: Debtor, Debtor's Attorney, United States Trustee, Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

*rev.1/4/17*