**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 16-27322-SLM |
|---|---|---|
| Michelle B Steiner | Hearing Date: | 05/24/2017 |
| | Chapter: | 13 |
| | Judge: | Hon. Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Certification in Opposition to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 3A
MLK Jr. Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

**Date and Time:** May 24, 2017 at 9:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: May 3, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on May 3, 2017 this notice was served on the following: Debtor, Debtor's Attorney, United States Trustee, Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

*rev.1/4/17*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-27322-SLM
Michelle B Steiner                                              Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 1          Date Rcvd: May 03, 2017
                              Form ID: pdf900           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
db             +Michelle B Steiner,   19 Pine Terrace,   Demarest, NJ 07627-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:27      Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Michelle B Steiner rbear611@aol.com,   lowlaw505@gmail.com
                                                                                             TOTAL: 3
```