Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−27322−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michelle B Steiner
   aka Michelle B Klein
   33 Williams Street
   Demarest, NJ 07627

Social Security No.:
   xxx−xx−6782

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:    3/3/20
Time:    02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low

COMMISSION OR FEES
$1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 31, 2020
JAN:

                                                      Jeanne Naughton
                                                      Clerk

Case 16-27322-SLM    Doc 78    Filed 02/02/20    Entered 02/03/20 00:26:50    Desc Imaged
Certificate of Notice    Page 2 of 3

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 16-27322-SLM
Michelle B Steiner                                              Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Jan 31, 2020
                             Form ID: 137             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
db            +Michelle B Steiner,    33 Williams Street,    Demarest, NJ 07627-2212
cr            +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
516383595     +Bergen County Sheriff Office,    Bergen County Justice Center,    10 Main St., Room 204,
                Hackensack, NJ 07601-7071
516383597     +Romano Garubo & Argentieri Law Offices,    52 Newton Ave.,    Woodbury, NJ 08096-4610
516996697     +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2020 00:25:29     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2020 00:25:26      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 00:33:00      Synchrony Bank,
                c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516383596     +E-mail/Text: camanagement@mtb.com Feb 01 2020 00:25:08      M & T,    POB 1288,
                Buffalo, NY 14240-1288
516528001      E-mail/Text: camanagement@mtb.com Feb 01 2020 00:25:08      M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
516488483      E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2020 00:25:21
                Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
516389504      E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2020 00:33:01      Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
516604303     +E-mail/Text: bncmail@w-legal.com Feb 01 2020 00:25:37      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
             Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
              mortoncraigecf@gmail.com
             Marie-Ann Greenberg    magecf@magtrustee.com
             Russell L. Low    on behalf of Debtor Michelle B Steiner ecf@lowbankruptcy.com,
              ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                              TOTAL: 4
```